1  JEFFORY J. SCHARFF, State Bar No. 137620
   MARK R. WETTERS, State Bar No. 215767
2  LAW OFFICES OF JEFFORY J. SCHARFF
   2625 Fair Oaks Boulevard, Suite 7
3  Sacramento, California  95864
   Telephone:    (916) 485-5882
4  Facsimile:    (916) 445-5912
   jjslaw@scharff.us
5
   Attorneys for North Side Farms, Inc.,
6  a California corporation

7

8                     UNTIED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11
   NORTH SIDE FARMS, INC, a California   )   Case No.:    2:07-CV-02092-FCD-KJM
12 corporation                           )
                                         )
13                                       )   **STIPULATION RE FILING OF FIRST**
                           Plaintiff,    )   **AMENDED COMPLAINT AND ORDER**
14                                       )
         v.                              )
15                                       )
   STATE OF CALIFORNIA DEPARTMENT        )
16 OF FOOD AND AGRICULTURE, SUTTER       )
   COUNTY AGRICULTURAL                   )
17 COMMISSIONER,                         )
                                         )
18                         Defendants.   )
                                         )
19

20        Pursuant to FRCP 15(a) and Eastern District Local Rule 83-143, the parties hereby

21 stipulate to allow plaintiff North Side Farms, Inc. to file the attached First Amended Complaint

22 for the purpose of adding California Certified Organic Farmers Certification Services LLC as a

23 necessary party to the action pursuant to FRCP 19.

24 The parties hereby further stipulate that the answers already on file will be sufficient to answer

25 the first amended complaint as there is no change in material allegations and no further answer

26 need be filed by the stipulating defendant parties.

27 /////

28 ////

Stip re Filing of First Amended Complaint and Order                                        - 1 -

1  IT IS SO STIPULATED.

2

3

4              /s/ Jeffory J. Scharff

5  Jeffory Scharff, Attorney for North Side Farms

6

7

8  _____

9  James Pierce, Attorney for California Attorney General

10

11  _____

12  Robert Muller, Attorney for Sutter County

13

14          IT IS SO ORDERED.

15  DATED: December 13, 2007

16

17                              _____
                                FRANK C. DAMRELL, JR.
18                              UNITED STATES DISTRICT JUDGE