RONALD S. ERICKSON – SBN 70762
SUTTER COUNTY COUNSEL
ROBERT A. MULLER – SBN 107468
ASSISTANT COUNTY COUNSEL
1160 Civic Center Blvd., Ste. C
Yuba City, California 95993
Telephone: (530) 822-7110
Fax:  (530) 822-7194

Attorneys for Sutter County Agricultural Commissioner

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH SIDE FARMS, INC., a California corporation,<br><br>          Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF FOOD AND AGRICULTURE, SUTTER COUNTY AGRICULTURAL COMMISSIONER, and CCOF CERTIFICATION SERVICES, LLC, a California limited liability company,<br><br>          Defendants. | Case No. 2:07-CV-02092-FCD-KJM<br><br>**ORDER ALLOWING AUGMENTED PAGE LIMIT** |

The court has read and considered the application by Sutter to file combined motions for summary judgment, or alternatively, for summary adjudication and for motions for abstention which exceeds the 20-page limitation otherwise allowed for such motions in this department.

GOOD CAUSE APPEARING Sutter may filed its combined motion with points and authorities not exceeding 31 pages (exclusive of table of contents, notice,  supporting

exhibits and declarations), and a Statement of Undisputed Facts in support of the Summary Judgment portion not exceeding 17 pages.

DATED:   May 23, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Order Allowing Augmented Page Limit